IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 12 C 9374 |
| ALL AMERICAN INSTALLATIONS, INC., an Illinois corporation, and WILLIAM KRYGSHELD, II, personally, | ) ) ) ) | JUDGE HARRY D. LEINENWEBER |
| Defendants. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, ALL AMERICAN INSTALLATIONS, INC., an Illinois corporation, in the total amount of $4,285.79, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,716.00.

On November 29, 2012, the Summons and Complaint was personally served on the corporation's president, William Krygsheld, II at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on December 20, 2013. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Patrick N. Ryan

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 2nd day of July 2013:

        Mr. William Krygsheld, II, President
        All American Installations, Inc.
        3263 W. Indiana Avenue
        Beecher, IL 60401

        /s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\All American\#23840\motion.pnr.df.wpd